_____



**SO ORDERED,**

*Edward Ellington*

**Judge Edward Ellington**
**United States Bankruptcy Judge**
**Date Signed: May 10, 2018**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:     CELESTE ANN WOMACK<br>Debtor | CASE NO. 13-02957-EE<br>CHAPTER 13 |

_____

| | |
|---|---|
| **CELESTE ANN WOMACK** | **PLAINTIFF** |
| **V.** | **ADV. PROC. 18-0006-EE** |
| **TTLBL, LLC, et al** | **DEFENDANTS** |

### AGREED FINAL JUDGMENT

Came before this Court the Adversary Complaint [Dk. 1] filed by Plaintiff and the Answer thereto [Dk. 9] filed by TTLBL, LLC, and having reviewed the same and finding that the parties are in agreement, this Court orders as follows:

That Plaintiff/Debtor shall pay the total amount of $3,290.45 to TTLBL, LLC through the Plan, over the remaining life of the Plan, which amount constitutes the taxes, fees and statutory interest paid by TTLBL, LLC to purchase the subject property at the subject tax sale, with any and all wage withholding orders being amended accordingly to reflect this payment.

That this Order be filed in the land records of the Hinds County Chancery Clerk for the First Judicial District to clear title on the property as described in the attached Exhibit "A."

That upon successful completion of plan, including payment of the tax sale, the subject tax sale shall be set aside. Should the underlying bankruptcy case be dismissed for any reason, this Order shall be deemed null and void as to TTLBL, LLC and the related tax sale.

###END OF ORDER###

Prepared and submitted by:

*/s James Eldred Renfroe* (MSB 10096)
RENFROE & PERILLOUX, PLLC
648 Lakeland East Drive, Ste. A
Phone: 601.932.1011
jrenfroe@mslawfirm.biz
*Attorney for Defendant, TTLBL, LLC*

Agreed to by:

 */s   James Eldred Renfroe*
James Eldred Renfroe (MSB 10096)
Attorney for TTLBL, LLC

 */s Richard Grindstaff*
Richard Grindstaff (MSB 5036)
Attorney for Plaintiff

 */s Justin B. Jones*
Justin B. Jones, Attorney for Trustee

EXHIBIT "A"

Reference: Tax Deed at Book 7214 / Page 3449

Parcel No. 4851-174-1

Tax Sale No. 7558

Legal Description:

    BEG INT N/L EVANS RD & E/L TERRY RD NLY 85 FT ELY 180 FT
    SLY 85 FT WLY 180 FT TO POB IN SE 1/4 SEC 12 T4N R1W